THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

## 9. Income Taxes

The (provision) benefit for income taxes consists of the following:

|  | Years Ended December 31, | | |
|---|---:|---:|---:|
|  | 2004 | 2003 | 2002 |
|  | (in thousands) | | |
| **Current tax (provision) benefit:** | | | |
| U.S. Federal | — | $ (112) | — |
| State | — | (67) | — |
| Foreign | — | — | $ (67) |
|  | — | (179) | (67) |
| **Deferred tax (provision) benefit:** | | | |
| U.S. Federal | $ (14,832) | (2,217) | 575 |
| State | (1,859) | (857) | 228 |
| Foreign | (16) | 97 | — |
|  | (16,707) | (2,977) | 803 |
| Total (provision) benefit for income taxes | $ (16,707) | $ (3,156) | $ 736 |

Significant components of the Company's deferred tax assets and liabilities are as follows at:

|  | December 31, | |
|---|---:|---:|
|  | 2004 | 2003 |
|  | (in thousands) | |
| **Deferred tax assets:** | | |
| Net operating loss carryforward | $ 20,764 | $ 18,108 |
| Tax credit carryforwards | 85 | 112 |
| Allowance for doubtful accounts | 522 | 126 |
| Equity compensation | 187 | 186 |
| Capitalized inventory costs | 46 | 39 |
| Deferred rent | 574 | 500 |
| Unrealized losses | 147 | 162 |
| Accumulated amortization including writedown of intangibles | 1,368 | — |
| Other | 401 | 341 |
| Total deferred tax assets | 24,094 | 19,574 |
| **Deferred tax liabilities:** | | |
| Software development costs | (1,155) | (1,140) |
| Accumulated amortization | — | (1,310) |
| Accumulated depreciation | (807) | (460) |
| Total deferred tax liabilities | (1,962) | (2,910) |
| Net deferred tax assets before valuation allowance | 22,132 | 16,664 |
| Valuation allowance | (22,132) | — |
| Net deferred tax assets | $ — | $ 16,664 |

The net deferred income tax asset decreased from an asset of $16.7 million at December 31, 2003, to $0 at December 31, 2004. The $16.7 million change in the net deferred tax balance is primarily attributable to the establishment of a valuation allowance on the net deferred tax asset. The net deferred tax asset at December 31, 2003 is classified in the Company's consolidated balance sheet as other

22

current assets of approximately $852,000, and noncurrent deferred tax assets of approximately $15.8 million. As of December 31, 2004, the Company has a net operating loss carryforward totaling approximately $49.6 million which expires in the years 2020 through 2024, and other timing differences which will be available to offset regular taxable income during the carryforward period.

Deferred Tax Valuation Allowance

SFAS No. 109, *"Accounting for Income Taxes"*, requires that a valuation allowance be established when it is more likely than not that all or a portion of a deferred tax asset will not be realized. The cumulative pre-tax loss of $7.2 million incurred in the most recent three years represents sufficient negative evidence under the provisions of SFAS No. 109 for the Company to determine that the establishment of a full valuation allowance against the deferred tax asset is appropriate. This valuation allowance will offset assets associated with future tax deductions as well as carryforward items. Although management expects that these assets will ultimately be fully utilized, future performance cannot be assured.

A reconciliation setting forth the differences between the effective tax rate of the Company for the years ended December 31, 2004, 2003 and 2002 and the U.S. federal statutory tax rate is as follows:

|  | Years Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
|  | 2004 | | 2003 | | 2002 | |
|  | (in thousands) | | | | | |
| U.S. Federal income tax benefit (provision) expenses at statutory rate | $ 4,660 | 34% | $ (2,537) | 34% | $ 621 | 34% |
| Effect of permanent differences and other | 39 | 0.3% | (121) | (1.5)% | (14) | (0.7)% |
| Effect of state taxes | 726 | 5.3% | (498) | 6.7% | 129 | 7.1% |
| Valuation allowance | (22,132) | (161.5)% | — | — % | — | — % |
|  | $ (16,707) | 121.9% | $ (3,156) | 42.2% | $ 736 | 40.4% |

**THE PRINCETON REVIEW, INC. AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements – (Continued)**

## 10. Employee Benefits and Contracts

*Retirement Plan*

The Company has a defined contribution plan (the "Plan") under Section 401(k) of the Internal Revenue Code, which provides that eligible employees may make contributions subject to Internal Revenue Code limitations. Employees become eligible to participate in the Plan on the first day of the quarter following the beginning of their full-time employment, but company matching contributions do not begin until one year after full-time employment. Under the provisions of the Plan, contributions made by the Company are discretionary and are determined annually by the trustees of the Plan. The Company's contributions to the Plan for the years ended December 31, 2004, 2003 and 2002 were $230,000, $200,000, and $199,000, respectively.

*Stock Incentive Plan*

On April 1, 2000, the Company adopted its 2000 Stock Incentive Plan (the "Stock Incentive Plan") providing for the authorization and issuance of up to 2,538,000 shares of common stock, as adjusted. In June 2000, June 2001, March 2003 and December 2004, an additional 211,500, 846,000, 1,000,000 and 308,085 shares, respectively, were authorized. The Stock Incentive Plan provides for the granting of incentive stock options, non-qualified stock options, restricted stock and deferred stock to eligible participants. Options granted under the Stock Incentive Plan are for periods not to exceed ten years. Other than for options to purchase 133,445 shares granted in 2000 to certain employees which were vested immediately, options outstanding under the Stock Incentive Plan generally vest quarterly over two to four years. As of December 31, 2004, there were approximately 335,000 shares available for grant.

**THE PRINCETON REVIEW, INC. AND SUBSIDIARIES**
Notes to Consolidated Financial Statements – (Continued)

A summary of the activity of the Stock Incentive Plan is as follows:

|  | Options | Weighted-Average Exercise Price |
|---|---:|---:|
| **Outstanding at December 31, 2001** | 1,856,904 | $ 6.98 |
| Granted at Market | 769,050 | 7.94 |
| Forfeited | (172,321) | 6.75 |
| Exercised | (40,271) | 6.59 |
| **Outstanding at December 31, 2002** | 2,413,362 | 7.32 |
| Granted at Market | 429,236 | 4.63 |
| Forfeited | (170,330) | 7.79 |
| Exercised | (124,205) | 4.69 |
| **Outstanding at December 31, 2003** | 2,548,063 | 6.96 |
| Granted at Market | 1,098,473 | 7.48 |
| Forfeited | (167,107) | 7.60 |
| Exercised | (120,926) | 6.19 |
| **Outstanding at December 31, 2004** | 3,358,503 | 7.13 |
| Exercisable At December 31, 2002 | 1,238,493 | |
| Exercisable At December 31, 2003 | 1,790,513 | |
| Exercisable At December 31, 2004 | 2,134,059 | |

Stock options outstanding at December 31, 2004 are summarized as follows:

| | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| Exercise Price | Options Outstanding | Weighted Average Remaining Contractual Life | Weighted Average Exercise Price | Options Exercisable | Weighted Average Exercise Price |
|---|---:|---:|---:|---:|---:|
| $1.73 - $2.30 | 99,904 | 5.25 | $ 1.86 | 99,904 | $ 1.86 |
| $2.31 - $7.30 | 896,539 | 8.61 | $ 6.04 | 394,774 | $ 5.08 |
| $7.31 - $7.39 | 1,084,658 | 5.58 | $ 7.38 | 1,002,408 | $ 7.39 |
| $7.45 - $8.30 | 1,051,911 | 8.25 | $ 7.80 | 449,049 | $ 7.87 |
| $8.31 - $11.00 | 225,491 | 6.45 | $ 9.40 | 187,924 | $ 9.52 |
| | 3,358,503 | 7.27 | $ 7.13 | 2,134,059 | $ 6.99 |

During 2001, the Company granted 116,500 stock options to non-employee advisors and, using the fair value method, recorded compensation expense of approximately $98,000, $151,000 and $256,000 for the years ended December 31, 2004, 2003 and 2002, respectively.

THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

## 11. Related Parties

*Publisher*

Random House, Inc., a holder of 1,515,353 shares of the Company's common stock at December 31, 2004, is also the publisher and distributor of substantially all of the Company's books. For the years ended December 31, 2004, 2003 and 2002, the Company earned $3.8, $3.6 and $3.5 million respectively, of book and publication income from Random House, Inc. Total receivables at December 31, 2004 and 2003 included $2.8 and $2.4 million, respectively, due from Random House, Inc. for royalties, book advances, copy editing and marketing fees. In addition, Random House, Inc. has paid advances of $0 and $48,000, respectively, to the Company for books that have not yet been completed as of December 31, 2004 and 2003, which are deferred as book advances. At December 31, 2002, the Company had a liability to Random House, Inc. of $141,000 for advances.

*Loans to Officers*

As of December 31, 2004 and 2003 the Company had loans to two executive officers of approximately $1.3 million and $1.2 million, respectively. No loans were made to executive officers after February 2002, although interest continues to accrue. Such amounts and accrued interest are included in "Other Current Assets" and "Other assets" at December 31, 2004 and December 31, 2003. These loans are payable in four consecutive, equal annual installments with the first payment to be made on the earlier of the fourth anniversary of the loan or 60 days after termination of employment, accrue interest at 7.3% per year and, as of December 31, 2004, are secured by the 299,066 shares of the Company's common stock owned by these officers.

## 12. Acquisitions

On July 11, 2003, the Company acquired a 77% interest in Princeton Review of North Carolina, Inc. and the remaining 23% was acquired on November 13, 2003. The total purchase price including both transactions was approximately $1,138,000, including imputed interest. The purchase price exceeded the fair value of the net assets acquired resulting in goodwill of approximately $938,000. Princeton Review of North Carolina, Inc. provided test preparation courses in North Carolina under the Princeton Review name through a franchise agreement with the Company. This acquisition has been accounted for as a purchase and has been included in the Company's operations from the date of the purchase.

Approximately $170,000 of the purchase price was paid in cash at the time of closings. The remaining approximately $968,000 of the purchase price was paid by delivery to the sellers of subordinated promissory notes (see Note 6).

THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

The pro forma effect of Princeton Review of North Carolina, Inc. is not presented because its results are not significant.

**13. Segment Reporting**

The operating segments reported below are the segments of the Company for which separate financial information is available and for which operating results as measured by EBITDA are evaluated regularly by executive management in deciding how to allocate resources and in assessing performance. The accounting policies of the business segments are the same as those described in the summary of significant accounting policies (see Note 1).

The following segment results include the allocation of certain information technology costs, accounting services, executive management costs, office facilities expenses, human resources expenses and other shared services which are allocated based on consumption. Corporate consists of unallocated administrative support functions. The Company operates its business through three divisions. The majority of the Company's revenue is earned by the Test Preparation Services division, which sells a range of services including test preparation, tutoring and academic counseling. Test Preparation Services derives its revenue from Company operated locations and from royalties from and product sales to independently owned franchises. The Admissions Services division earns revenue from subscription, transaction and marketing fees from higher education institutions and from selling advertising and sponsorships. The K-12 Services division earns fees from assessment, remediation and professional development services it renders to K-12 schools and from its content development work. Additionally, each division earns royalties and other fees from sales of its books published by Random House.

The segment results include EBITDA for the periods indicated. As used in this report, EBITDA means earnings before interest, income taxes, depreciation and amortization. The Company believes that EBITDA, a non-GAAP financial measure, represents a useful measure of evaluating its financial performance because it reflects earnings trends without the impact of certain non-cash and non-operations-related charges or income. The Company's management uses EBITDA to measure the operating profits or losses of the business. Analysts, investors and rating agencies frequently use EBITDA in the evaluation of companies, but the Company's presentation of EBITDA is not necessarily comparable to other similarly titled measures of other companies because of potential inconsistencies in the method of calculation. EBITDA is not intended as an alternative to net income as an indicator of the Company's operating performance, nor as an alternative to any other measure of performance calculated in conformity with GAAP.

| | Year Ended December 31, 2004 | | | | |
|---|---|---|---|---|---|
| | (in thousands) | | | | |
| | Test Preparation Services | K-12 Services | Admission Services | Corporate | Total |
| Revenue | $ 74,744 | $ 27,957 | $ 11,084 | — | $ 113,785 |
| Operating Expenses (including depreciation and amortization) | $ 42,858 | $ 17,526 | $ 21,813 | $ 4,383 | $ 86,580 |
| Segment operating income (loss) | 7,725 | (3,608) | (14,372) | (3,193) | (13,448) |
| Depreciation & Amortization | 1,804 | 2,161 | 1,898 | 1,139 | 7,002 |
| Other | — | — | (67) | 171 | 104 |
| Segment EBITDA | $ 9,529 | $ (1,447) | $ (12,541) | $ (1,883) | $ (6,342) |
| Total Segment Assets | $ 29,529 | $ 21,867 | $ 17,532 | $ 38,713 | $ 107,641 |
| Segment Goodwill | $ 23,121 | — | $ 500 | $ 7,890 | $ 31,511 |
| Expenditures for long lived assets | $ 2,551 | $ 3,385 | $ 427 | $ 2,639 | $ 9,002 |

THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

Year Ended December 31, 2003

(in thousands)

| | Test Preparation Services | K-12 Services | Admission Services | Corporate | Total |
|---|---|---|---|---|---|
| Revenue | $ 71,719 | $ 21,525 | $ 11,218 | — | $ 104,462 |
| Operating Expenses (including depreciation and amortization) | $ 39,123 | $ 13,986 | $ 10,822 | $ 1,703 | $ 65,634 |
| Segment operating income (loss) | 11,787 | (789) | (2,440) | (1,703) | 6,855 |
| Depreciation & Amortization | 1,522 | 1,594 | 1,760 | 1,161 | 6,037 |
| Other | — | — | (32) | — | (32) |
| Segment EBITDA | $ 13,309 | $ 805 | $ (712) | $ (542) | $ 12,860 |
| Total Segment Assets | $ 33,908 | $ 20,189 | $ 29,728 | $ 37,872 | $ 121,697 |
| Segment Goodwill | $ 22,991 | — | $ 8,699 | $ 7,890 | $ 39,580 |
| Expenditures for long lived assets | $ 1,480 | $ 2,644 | $ 956 | $ 1,493 | $ 6,573 |

Year Ended December 31, 2002

(in thousands)

| | Test Preparation Services | K-12 Services | Admission Services | Corporate | Total |
|---|---|---|---|---|---|
| Revenue | $ 67,930 | $ 10,066 | $ 11,240 | — | $ 89,236 |
| Operating Expenses (including depreciation and amortization) | $ 37,250 | $ 11,916 | $ 14,956 | $ 1,704 | $ 65,826 |
| Segment operating income (loss) | 12,163 | (5,382) | (6,604) | (1,704) | (1,527) |
| Depreciation & Amortization | 1,804 | 1,262 | 2,136 | 1,067 | 6,269 |
| Other | — | — | (122) | — | (122) |
| Segment EBITDA | $ 13,967 | $ (4,120) | $ (4,590) | $ (637) | $ 4,620 |
| Total Segment Assets | $ 32,565 | $ 12,740 | $ 26,611 | $ 40,200 | $ 112,116 |
| Segment Goodwill | $ 21,861 | — | $ 8,406 | $ 7,890 | $ 38,157 |
| Expenditures for long lived assets | $ 2,169 | $ 1,673 | $ 1,288 | $ 2,828 | $ 7,958 |

28

THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

### Reconciliation of operating income (loss) to net income (loss)

|  | Years Ended December 31, | | |
|---|---|---|---|
|  | 2004 | 2003 | 2002 |
| Total income (loss) for reportable segments | $ (13,448) | $ 6,855 | $ (1,527) |
| Unallocated amounts: | | | |
| Interest expense | (693) | (607) | (624) |
| Other income | 435 | 1,217 | 325 |
| (Provision) benefit for income taxes | (16,707) | (3,156) | 736 |
| Net income (loss) | $ (30,413) | $ 4,309 | $ (1,090) |

### 14. Quarterly Results of Operations (Unaudited)

The following table presents unaudited statement of operations data for each of the eight quarters in the two-year period ended December 31, 2004. This information has been derived from the Company's historical consolidated financial statements and should be read in conjunction with the Company's historical consolidated financial statements and related notes appearing in this Annual Report on Form 10-K.

| | Quarter Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mar. 31, 2004 | June 30, 2004 | Sept. 30, 2004 | Dec. 31, 2004 | Mar. 31, 2003 | June 30, 2003 | Sept. 30, 2003 | Dec. 31, 2003 |
| | (in thousands, except per share data) | | | | | | | |
| **Revenue** | | | | | | | | |
| Test Preparation Services | $ 18,830 | $ 18,163 | $ 24,185 | $ 13,566 | $ 16,030 | $ 16,448 | $ 25,045 | 14,196 |
| K-12 Services | 6,283 | 7,697 | 2,752 | 11,225 | 2,990 | 5,124 | 3,959 | 9,452 |
| Admissions Services | 2,834 | 2,587 | 2,665 | 2,998 | 2,674 | 2,123 | 3,000 | 3.421 |
| Total revenue | 27,947 | 28,447 | 29,602 | 27,789 | 21,694 | 23,695 | 32,004 | 27,069 |
| **Cost of revenue** | | | | | | | | |
| Test Preparation Services | 5,820 | 5,313 | 7,316 | 5,135 | 4,292 | 5,278 | 6,637 | 4,602 |
| K-12 Services | 3,664 | 3,005 | 2,711 | 4,304 | 1,211 | 1,445 | 1,871 | 3,801 |
| Admissions Services | 596 | 557 | 1,161 | 1,071 | 908 | 470 | 812 | 646 |
| Total cost of revenue | 10,080 | 8,875 | 11,188 | 10,510 | 6,411 | 7,193 | 9,320 | 9,049 |
| **Gross profit** | 17,867 | 19,572 | 18,414 | 17,279 | 15,283 | 16,502 | 22,684 | 18,020 |
| **Operating expenses** | | | | | | | | |
| Selling, general and administrative | 19,003 | 18,600 | 19,161 | 21,617 | 17,260 | 15,821 | 17,341 | 15,212 |
| Impairment of goodwill | — | — | — | 8,199 | — | — | — | — |
| Total operating expenses | 19,003 | 18,600 | 19,161 | 29,816 | 17,260 | 15,821 | 17,341 | 15,212 |
| Income (loss) from operations | (1,136) | 972 | (747) | (12,537) | (1,977) | 681 | 5,343 | 2,808 |
| Net income (loss) attributed to common stockholders | $ (706) | $ 438 | $ (618) | $ (29,955) | $ (1,203) | $ 299 | $ 3,071 | $ 2,142 |
| Basic income (loss) per share | $ (0.03) | $ 0.02 | $ (0.02) | $ (1.09) | $ (0.04) | $ 0.01 | $ 0.11 | $ 0.08 |
| Diluted income (loss) per share | $ (0.03) | $ 0.02 | $ (0.02) | $ (1.09) | $ (0.04) | $ 0.01 | $ 0.11 | $ 0.08 |
| Weighted average shares used in | | | | | | | | |

29

| computing net income (loss) per share | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Basic | 27,391 | 27,430 | 27,497 | 27,559 | 27,272 | 27,282 | 27,317 | 27,358 |
| Diluted | 27,391 | 28,014 | 27,497 | 27,559 | 27,272 | 27,425 | 27,527 | 27,661 |

THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
Notes to Consolidated Financial Statements – (Continued)

15. **Earnings (Loss) Per Share**

The following table sets forth the denominators used in computing basic and diluted earnings (loss) per common share for the periods indicated:

|  | Years Ended December 31, | | |
|---|---|---|---|
|  | 2004 | 2003 | 2002 |
|  | (in thousands) | | |
| Weighted average common shares outstanding |  |  |  |
| Basic | 27,468 | 27,306 | 27,239 |
| Net effect of dilutive stock options-based on the treasury stock method | — | 152 | — |
| Other | — | 9 | — |
| Diluted | 27,468 | 27,467 | 27,239 |

For the year ended December 31, 2004, the following were excluded from the computation of diluted earnings per common share because of their antidilutive effect: 577,961 Series B-1 Preferred Shares, 230,215 stock options, and 9 of other. For the year ended December 31, 2002, 135,916 stock options were excluded from the computation of diluted earnings per common share due to their antidilutive effect.

31

**Report of Independent Auditors**

To the Board of Directors and Stockholders of
The Princeton Review, Inc. and Subsidiaries

    We have audited the accompanying consolidated balance sheets of The Princeton Review, Inc. and Subsidiaries (the "Company") as of December 31, 2003 and 2002, and the related consolidated statements of operations, stockholders' equity (deficit) and redeemable stock and cash flows for each of the three years in the period ended December 31, 2003. Our audits also included the financial statement schedule listed in the Index at Item 15(a). These financial statements and schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and schedule based on our audits.

    We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

    In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of The Princeton Review, Inc. and Subsidiaries as of December 31, 2003 and 2002 and the consolidated results of their operations and their cash flows for each of the three years in the period ended December 31, 2003 in conformity with accounting principles generally accepted in the United States. Also, in our opinion the related financial statement schedule, when considered in relation to the basic financial statements taken as a whole, presents fairly, in all material respects, the information set forth herein.

/s/ ERNST & YOUNG LLP

New York, New York
February 27, 2004

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Consolidated Balance Sheets

|  | December 31, 2003 | December 31, 2002 |
|---|---:|---:|
|  | (in thousands, except share data) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 13,937 | $ 11,963 |
| Accounts receivable, net of allowance of $302 in 2003 and $527 in 2002 | 17,394 | 11,301 |
| Accounts receivable-related parties | 2,822 | 2,304 |
| Notes receivable | — | 717 |
| Other receivables ($1,017 in 2003 and $1,255 in 2002 from related parties) | 1,045 | 1,273 |
| Prepaid expenses | 2,028 | 1,238 |
| Securities, available for sale | 8 | 31 |
| Other assets | 3,331 | 1,954 |
| Total current assets | 40,565 | 30,781 |
| Furniture, fixtures, equipment and software development, net | 11,808 | 11,353 |
| Franchise costs, net of accumulated amortization of $175 in 2003 and $139 in 2002 | 107 | 144 |
| Publishing rights, net of accumulated amortization of $611 in 2003 and $538 in 2002 | 1,150 | 1,223 |
| Deferred income taxes | 15,812 | 18,599 |
| Investment in affiliates | 387 | 420 |
| Territorial marketing rights | 1,481 | 1,481 |
| Goodwill | 39,580 | 38,157 |
| Other assets ($1,196 in 2003 and $1,117 in 2002 of loans to officers) | 10,807 | 9,958 |
| Total assets | $121,697 | $112,116 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 10,575 | $ 6,284 |
| Accrued expenses ($195 in 2003 and $156 in 2002 for related parties) | 5,522 | 4,857 |
| Current maturities of long-term debt | 1,318 | 1,866 |
| Deferred income | 12,879 | 12,579 |
| Book advances ($48 in 2003 and $34 in 2002 from related parties) | 48 | 610 |
| Total current liabilities | 30,342 | 26,196 |
| Deferred rent | 1,178 | 966 |
| Long-term debt | 5,710 | 5,656 |
| Stockholders' equity: | | |
| Preferred stock, $.01 par value; 5,000,000 shares authorized; none issued and outstanding at December 31, 2003 and 2002 | — | — |
| Common stock, $.01 par value; 100,000,000 shares authorized; 27,385,273 and 27,261,085 issued and outstanding at December 31, 2003 and 2002, respectively | 274 | 273 |
| Additional paid-in capital | 114,829 | 113,972 |
| Accumulated deficit | (30,261) | (34,570) |
| Accumulated other comprehensive loss | (375) | (377) |
| Total stockholders equity | 84,467 | 79,298 |
| Total liabilities and stockholders' equity | $121,697 | $112,116 |

See accompanying notes.

2

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Consolidated Statements of Operations

|  | Year Ended December 31, | | |
|---|---:|---:|---:|
|  | 2003 | 2002 | 2001 |
|  | (in thousands, except per share data) | | |
| **Revenue** | | | |
| Test Preparation Services | $ 71,719 | $67,930 | $ 55,340 |
| K-12 Services | 21,525 | 10,066 | 6,885 |
| Admissions Services | 11,218 | 11,240 | 6,890 |
| Total revenue | 104,462 | 89,236 | 69,115 |
| **Cost of revenue** | | | |
| Test Preparation Services | 21,906 | 19,645 | 17,608 |
| K-12 Services | 8,328 | 3,533 | 2,482 |
| Admissions Services | 2,836 | 2,888 | 1,653 |
| Total cost of revenue | 33,070 | 26,066 | 21,743 |
| Gross profit | 71,392 | 63,170 | 47,372 |
| **Operating expenses** | | | |
| Selling, general and administrative | 64,537 | 64,353 | 60,993 |
| Loss on early extinguishment of debt | — | — | 3,130 |
| Impairment of investment | — | 344 | — |
| Total operating expenses | 64,537 | 64,697 | 64,123 |
| Income (loss) from operations | 6,855 | (1,527) | (16,751) |
| Interest expense | (607) | (624) | (2,043) |
| Other income | 1,217 | 325 | 536 |
| Income (loss) before (provision) benefit for income taxes | 7,465 | (1,826) | (18,258) |
| (Provision) benefit for income taxes | (3,156) | 736 | 7,924 |
| Net income (loss) | 4,309 | (1,090) | (10,334) |
| Accreted dividends on Series A redeemable preferred stock | — | — | (2,309) |
| Accreted dividends on Class B non-voting common stock | — | — | (1,956) |
| Net income (loss) attributed to common stockholders | $ 4,309 | $(1,090) | $(14,599) |
| Basic income (loss) per share | $ 0.16 | $ (0.04) | $ (0.68) |
| Diluted income (loss) per share | $ 0.16 | $ (0.04) | $ (0.68) |
| Weighted average shares used in computing net income (loss) per share | | | |
| Basic | 27,306 | 27,239 | 21,383 |
| Diluted | 27,467 | 27,239 | 21,383 |

See accompanying notes.

3

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Consolidated Statements of Stockholders' Equity (Deficit) and Redeemable Stock
### (in thousands)

| | Redeemable Stock | | | | Capital Stock | | | | Stockholders' Equity (Deficit) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Series A Redeemable Convertible Preferred Stock | | Class B Redeemable Non-voting Common Stock | | Class A Common Stock | | Common Stock | | Additional Paid-In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Deferred Compensation | Total Stockholders Equity/ (Deficit) |
| | Shares | Amount | Shares | Amount | Shares | Amount | Shares | Amount | | | | | |
| Balance at December 31, 2000 | 3,749 | 29,201 | 2,737 | 20,571 | 12,562 | 126 | — | — | 1,907 | (18,881) | 2,113 | (101) | (14,836) |
| Accretion of issuance costs related to Series A redeemable preferred stock | — | 160 | — | — | — | — | — | — | (160) | — | — | — | (160) |
| Accreted dividends on Series A redeemable preferred stock | — | 2,309 | — | — | — | — | — | — | — | (2,309) | — | — | (2,309) |
| Conversion of Class A common to common stock resulting from initial public offering | — | — | — | — | (12,562) | (126) | 12,562 | 126 | — | — | — | — | — |
| Conversion of Series A redeemable preferred to common stock resulting from initial public offering | (3,749) | (31,670) | — | — | — | — | 5,342 | 53 | 31,617 | — | — | — | 31,670 |
| Accreted dividends on Class B non-voting common stock | — | — | — | 1,956 | — | — | — | — | — | (1,956) | — | — | (1,956) |
| Deferred compensation | — | — | — | — | — | — | — | — | 81 | — | — | 101 | 182 |
| Conversion of Class B common to common stock resulting from initial public offering | — | — | (2,737) | (22,586) | — | — | 2,737 | 27 | 22,559 | — | — | — | 22,586 |
| Net proceeds from sale of common stock resulting from initial public offering | — | — | — | — | — | — | 5,400 | 54 | 51,806 | — | — | — | 51,860 |
| Adjustment to warrants value resulting from initial public offering | — | — | — | — | — | — | — | — | (250) | — | — | — | (250) |
| Warrants issued in connection with legal settlement | — | — | — | — | — | — | — | — | 300 | — | — | — | 300 |
| Issuance of shares related to exercise of warrants | — | — | — | — | — | — | 250 | 3 | — | — | — | — | 3 |
| Exercise of stock options | — | — | — | — | — | — | 9 | — | 25 | — | — | — | 25 |
| Shares issued in connection with acquisition | — | — | — | — | — | — | 875 | 9 | 5,206 | — | — | — | 5,215 |
| Comprehensive loss: | | | | | | | | | | | | | |
| Net loss | — | — | — | — | — | — | — | — | — | (10,334) | — | — | (10,334) |
| Foreign currency gain/loss | — | — | — | — | — | — | — | — | — | — | (208) | — | (208) |
| Unrealized gain on securities, net of applicable income tax expense of $418 | — | — | — | — | — | — | — | — | — | — | (1,555) | — | (1,555) |
| Comprehensive loss | | | | | | | | | | | | | (12,097) |
| Balance at December 31, 2001 | — | — | — | — | — | — | 27,175 | 272 | 113,091 | (33,480) | 350 | — | 80,233 |
| Exercise of stock options | — | — | — | — | — | — | 40 | — | 266 | — | — | — | 266 |
| Stock based compensation | — | — | — | — | — | — | — | — | 256 | — | — | — | 256 |
| Shares issued in connection with acquisition | — | — | — | — | — | — | 46 | 1 | 359 | — | — | — | 360 |
| Comprehensive loss: | | | | | | | | | | | | | |
| Net loss | — | — | — | — | — | — | — | — | — | (1,090) | — | — | (1,090) |
| Foreign Currency gain/loss | — | — | — | — | — | — | — | — | — | — | (176) | — | (176) |
| Unrealized gain on securities, net of applicable income tax expense of $420 | — | — | — | — | — | — | — | — | — | — | (551) | — | (551) |
| Comprehensive loss | | | | | | | | | | | | | (1,817) |
| Balance at December 31, 2002 | — | — | — | — | — | $— | 27,261 | $273 | $113,972 | $(34,570) | $(377) | $— | $79,298 |
| Exercise of stock options, including income tax benefit of $125 | — | — | — | — | — | — | 124 | 1 | 706 | — | — | — | 707 |
| Stock based compensation | — | — | — | — | — | — | — | — | 151 | — | — | — | 151 |
| Comprehensive income: | | | | | | | | | | | | | |
| Net Income | — | — | — | — | — | — | — | — | — | 4,309 | — | — | 4,309 |
| Foreign currency gain/loss | — | — | — | — | — | — | — | — | — | — | 15 | — | 15 |
| Unrealized gain on securities, net of applicable income tax expense of $10 | — | — | — | — | — | — | — | — | — | — | (13) | — | (13) |
| Comprehensive income | | | | | | | | | | | | | 4,311 |
| Balance at December 31, 2003 | — | $— | — | $— | — | $— | 27,385 | $274 | $114,829 | $(30,261) | $(375) | $— | $84,467 |

See accompanying notes.

4

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Consolidated Statements of Cash Flows

|  | Years Ended December 31, | | |
|---|---:|---:|---:|
|  | 2003 | 2002 | 2001 |
|  | | (in thousands) | |
| **Cash flows from operating activities:** | | | |
| Net income (loss) | $ 4,309 | $(1,090) | $(10,334) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | |
| Depreciation | 1,664 | 1,801 | 1,233 |
| Amortization | 4,373 | 4,468 | 5,246 |
| Impairment of investment | — | 344 | — |
| Noncash interest expense | 54 | — | 602 |
| Loss on early extinguishment of debt | — | — | 3,130 |
| Bad debt expense | 380 | 655 | (82) |
| Gain on disposal of fixed assets | 2 | 126 | — |
| Deferred income taxes | 2,851 | (736) | (8,221) |
| Income tax benefit on stock options exercised | 125 | — | — |
| Deferred rent | 211 | 101 | 381 |
| Stock based compensation | 151 | 256 | 241 |
| Net change in operating assets and liabilities: | | | |
| Accounts receivable | (6,373) | (6,349) | 2,634 |
| Accounts receivable—related parties | (518) | (998) | 1,139 |
| Other receivables | (11) | 107 | 100 |
| Other receivables—related parties | 238 | (594) | (196) |
| Prepaid expenses | (764) | (43) | (46) |
| Other assets | (1,879) | 256 | 296 |
| Accounts payable | 4,295 | (1,220) | 4,422 |
| Accrued expenses | 479 | (659) | (3,676) |
| Accrued expenses—related parties | 39 | 22 | — |
| Deferred income | 86 | 4,312 | (2,475) |
| Book advances | (575) | (113) | (1,127) |
| Book advances—related parties | 14 | (79) | (209) |
| Net cash provided by (used in) operating activities | 9,151 | 567 | (6,942) |
| **Cash flows from investing activities:** | | | |
| Additions to furniture, fixtures, equipment and software development | (4,272) | (6,107) | (3,695) |
| Investment in affiliates | — | (270) | (130) |
| Purchase of franchises and other businesses, net of cash acquired | (568) | (1,393) | (16,697) |
| Stockholders loan | — | (400) | (615) |
| Notes receivable | 717 | 1,123 | (1,840) |
| Additions to capitalized development costs and other assets | (1,706) | (1,851) | (1,036) |
| Net cash used in investing activities | (5,829) | (8,898) | (24,013) |
| **Cash flows from financing activites:** | | | |
| Borrowings under line of credit | — | — | 24,691 |
| Repayment of line of credit | — | — | (29,464) |
| Repayment term loan, net | — | (50) | (10) |
| Capital leases payments | (274) | (204) | (546) |
| Notes payable related to acquisitions | (1,656) | (1,653) | — |
| Proceeds from sale of common stock in initial public offering, net | — | — | 53,320 |
| Proceeds from exercise of options | 582 | 266 | 25 |
| Net cash (used in) provided by financing activities | (1,348) | (1,641) | 48,016 |
| Net increase (decrease) in cash and cash equivalents | 1,974 | (9,972) | 17,061 |
| Cash and cash equivalents, beginning of period | 11,963 | 21,935 | 4,874 |
| Cash and cash equivalents, end of period | $13,937 | $11,963 | $ 21,935 |
| Supplemental disclosures of cash flow information and noncash investing activities | | | |
| Cash paid during the year for: | | | |
| Interest | $    462 | $    629 | $  1,909 |
| State and local income taxes | $    408 | $    237 | $    136 |
| Equipment acquired through capital leases | $    595 | $    229 | $    241 |

See accompanying notes.

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Notes to Consolidated Financial Statements

### 1. Nature of Business and Significant Accounting Policies

*Business*

The Princeton Review, Inc. and its wholly owned subsidiaries, Princeton Review Management, LLC, Princeton Review Publishing, LLC, Princeton Review Products, LLC, Princeton Review Operations, LLC, Princeton Review Carolinas, LLC and The Princeton Review of Canada Inc, as well as the Company's national advertising fund (together, the "Company"), are engaged in the business of providing courses that prepare students for college, graduate school and other admissions tests. The Company, through Princeton Review Operations, LLC, provides these courses in various locations throughout the United States and Canada and over the Internet. As of December 31, 2003, the Company had eight franchisees operating approximately 18 offices under the Princeton Review name in the United States and approximately 25 offices abroad operated by franchisees in 14 countries. The Company also sells support materials and equipment to its franchisees, authors content for various books and software products published by third parties, sells web-based products to higher education institutions, operates a Web site providing education-related content and provides a number of services to K-12 schools and school districts to help them measurably improve academic performance.

*Principles of Consolidation*

The accompanying consolidated financial statements include the accounts of The Princeton Review, Inc. and its wholly owned subsidiaries. All significant intercompany transactions and balances are eliminated in consolidation.

*Cash and Cash Equivalents*

As of December 31, 2003 and 2002, cash and cash equivalents consist of investments in securities issued or guaranteed by the U.S. government, its agencies or instrumentalities, which have average maturities of 90 days or less at the date of purchase. Approximately 85% and 83% of the Company's cash and cash equivalents at December 31, 2003 and 2002, respectively, were on deposit at one financial institution.

*Inventories*

Inventories consist of program support equipment, course materials and supplies. All inventories are valued at the lower of cost (first-in, first-out basis) or market.

*Furniture, Fixtures and Equipment*

Furniture, fixtures and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed using straight-line method over the estimated useful lives of the assets principally ranging from three to seven years. Leasehold improvements are amortized using the straight-line method over the lesser of the lease term or its estimated economic useful life.

*Software and Web site Development*

The Company accounts for internal use software development in accordance with the provisions of the American Institute of Certified Public Accountants Statement of Position ("SOP") 98-1, *Accounting for the Costs of Computer Software Developed or Obtained for Internal Use* and Emerging Issues Task Force ("EITF") 00-2, *Accounting for Web site Development Costs.*

For the years ended December 31, 2003, 2002 and 2001, the Company expensed approximately $2.3 million, $3.6 million and $1.3 million, respectively, of product development costs that were incurred in the preliminary project stage under SOP 98-1. For the years ended December 31, 2003 and 2002, the

6

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Notes to Consolidated Financial Statements—(Continued)

Company capitalized approximately $2.8 million and $2.2 million, respectively, in product and website development costs under SOP 98-1 and EITF 00-2. For the years ended December 31, 2003, 2002 and 2001, the Company recorded related amortization expense of approximately $2.4 million, $2.6 million and $2.4 million, respectively. As of December 31, 2003 and 2002, the net book value of these capitalized product and web site development costs were $5.0 million, and $4.5 million, respectively. These capitalized costs are amortized using the straight-line method over the estimated useful life of the assets ranging from 12 to 60 months.

*Franchise Costs*

The cost of franchise rights purchased by the Company from third parties is amortized using the straight-line method over the remaining useful life of the franchise agreement.

*Publishing Rights*

Publishing rights consist of amounts paid in 1995 to certain co-authors to buy out their rights to future royalties on certain books. Such amounts are being amortized on a straight-line basis over 25 years.

*Capitalized Course Costs*

Capitalized course costs, which include courses and questions developed for Homeroom, are included in other assets and consist of amounts paid to consultants or employees specifically hired for the development or substantial revision of courses and their related materials. Amortization of these capitalized course costs commences with the realization of course revenues. The amortization periods range from one to seven years.

*Goodwill and Territorial Marketing Rights*

Goodwill represents the excess purchase price of acquired businesses over the estimated fair value of net assets acquired. Territorial marketing rights represent rights contributed by our independent franchisees to Princeton Review Publishing, LLC in 1995 in exchange for membership units of Princeton Review Publishing LLC to allow the marketing of the Company's products on a contractually agreed-upon basis within the franchisee territories. Without these rights, the Company would be prohibited from selling its products in these territories due to the exclusivity granted to the franchisees within their territories.

In conjunction with the adoption of Statements of Financial Accounting Standards No. 142, as of January 1, 2002, the Company's goodwill and intangible assets including territorial marketing rights that are deemed to have indefinite lives are no longer amortized but are subject to annual impairment tests. Accumulated amortization at the time of adoption was $2.3 million. Other intangible assets are amortized over their useful lives and are evaluated for impairment whenever events or circumstances indicate that carrying amounts may not be recoverable through future undiscounted cash flows, excluding interest costs. If tests or circumstances suggest that the Company's intangible assets are impaired, the Company assesses the fair value of the intangible assets and reduces them to an amount that results in book value approximating fair value. Had the Company adopted SFAS No. 142 on January 1, 2001 and ceased to amortize goodwill and territorial marketing rights at such date, the Company's historical net loss and basic and diluted net loss per share would have been as follows:

**THE PRINCETON REVIEW, INC. AND SUBSIDIARIES**

Notes to Consolidated Financial Statements—(Continued)

|  | Year Ended December 31, 2001 |
|---|---:|
|  | (in thousands, except per share data) |
| Reported net loss | (14,599) |
| Goodwill amortization, net of tax | 806 |
| Territorial marketing rights amortization, net of tax | 66 |
| Adjusted net loss | $(13,727) |
| Reported basic and diluted net loss per share | $ (0.68) |
| Goodwill amortization | 0.04 |
| Territorial marketing rights amortization | 0.00 |
| Adjusted basic and diluted net loss per share | $ (0.64) |

The following table summarizes the change in the carrying amount of segment goodwill for the periods indicated:

|  | Test Preparation Services | K-12 Services | Admissions Services | Other | Total |
|---|---:|---:|---:|---:|---:|
|  | (in thousands) | | | | |
| Balance as of December 31, 2001 | $20,791 | — | $7,206 | $7,890 | $35,887 |
| Net change from acquisitions | 1,069 | — | 1,200 | — | 2,269 |
| Other | 1 | — | — | — | 1 |
| Balance as of December 31, 2002 | 21,861 | — | 8,406 | 7,890 | 38,157 |
| Net change from acquisitions | 1,123 | — | 293 | — | 1,416 |
| Other | 7 | — | — | — | 7 |
| Balance as of December 31, 2003 | $22,991 | — | $8,699 | $7,890 | $39,580 |

*Investments in Affiliates*

The Company values its investments in affiliate companies in which it has a less than 50% ownership interest and can exercise significant influence using the equity method of accounting. Ownership interests in such investments are approximately 20%. Investments in affiliate companies in which the Company has a less than 20% ownership interest and does not have the ability to exercise significant influence are accounted for using the cost method of accounting.

*Deferred Income*

Deferred income represents tuition and customer deposits (which are refundable prior to the commencement of the program), college marketing fees and subscription services, professional development fees and fees for printed materials. Tuition is applied to income ratably over the periods in which it is earned, generally the term of the program. College marketing fees and subscription fees are applied to income ratably over the life of the agreements, which range from 12 to 36 months. Fees for professional development and printed materials are recognized as the services and products are delivered.

*Revenue Recognition*

The Company recognizes revenue from the sale of products and services as follows:

*Course and Tutoring Income*

Tuition and tutoring fees are paid to the Company and recognized over the life of the course.

8

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES
## Notes to Consolidated Financial Statements—(Continued)

*Book, Software and Publication Income and Expenses*

The Company recognizes revenue from both performance-based fees such as marketing fees and royalties and delivery-based fees such as advances, copy editing fees, workbook development and test booklet fees and books sold directly to schools. Performance-based fees, which represent royalties on books and software sold, are recognized when sales reports are received from the publishers. Delivery-based fees are recognized upon the completion and acceptance of the product by the publishers and/or customers. Until such time, all costs and revenues related to such delivery-based fees are deferred. Book advances are recorded as liabilities and deferred book expenses are included in other current assets.

*Royalty Service Fees*

As consideration of the rights and entitlements granted under franchise agreements, which entitle the franchisees to provide test preparation services utilizing the Princeton Review method in their licensed territories, the franchisees are required to pay to the Company a monthly royalty service fee equal to 8% of the franchise's gross receipts collected during the preceding month. In addition, these fees include a per student fee charged to the Company's franchisees for use by their students of the Company's supplemental online course tools. The Company's franchisees' contributions to the advertising fund are also recognized by the Company as royalty revenue (See Note 8). Under the terms of the franchise agreements, the Company has the right to perform audits of royalty service fees reported by the franchisees. Any differences resulting from an audit, including related interest and penalties, if any, are recorded upon the completion of the audit when such amounts are determinable.

*Course Materials and Other Products*

The Company recognizes revenue from the sale of course materials and other products to the independently owned franchises upon shipment.

*College Marketing and Subscription Fees*

The Company recognizes revenue from subscription fees for web-based services over the life of the contract, which is typically one year in duration.

*Transaction Processing Fees*

The Company recognizes revenue from transaction processing fees, such as web-based application fees, as the transactions are completed.

*Other Income*

Other income consists of miscellaneous fees for other services provided to third parties primarily for authoring questions, advertising, training and professional development fees, which are recognized as the products or services are delivered. Also included in Other Income are college marketing fees which are recognized ratably over the period in which the marketing services are provided, which is typically one year.

*Multiple-deliverable contracts*

Certain of the Company's customer contracts represent multiple-element arrangements, which may include several of the Company's products and services. Multiple-element arrangements are assessed to determine whether they can be separated into more than one unit of accounting. A multiple-element arrangement is separated into more than one unit of accounting if all of the criteria in EITF 00-21 are met. If there is objective and reliable evidence of fair value for all units of accounting in an arrangement, the arrangement consideration is allocated to the separate units of accounting based on each unit's relative fair value and the revenue policies described above are then applied to each unit of accounting.

9

# THE PRINCETON REVIEW, INC. AND SUBSIDIARIES

## Notes to Consolidated Financial Statements—(Continued)

The following table summarizes the Company's revenue and cost of revenue for the years ended December 31, 2003, 2002 and 2001:

|  | Course Revenues | Royalty Service Fees | Book, Software and Publication Income | Web Based Subscription and Processing Fees | Other Income | Total |
|---|---|---|---|---|---|---|
|  |  |  | (in thousands) |  |  |  |
| **Year Ended December 31, 2003** |  |  |  |  |  |  |
| Revenue |  |  |  |  |  |  |
| Test Preparation Services | $65,223 | $4,156 | $ 2,218 | — | $ 122 | $ 71,719 |
| K-12 Services | 2,013 | — | 11,703 | $ 3,437 | 4,372 | 21,525 |
| Admissions Services | — | — | 982 | 9,436 | 800 | 11,218 |
| Total | $67,236 | $4,156 | $14,903 | $12,873 | $5,294 | $104,462 |
| Cost of Revenue |  |  |  |  |  |  |
| Test Preparation Services | $21,174 | — | $ 732 | — | — | $ 21,906 |
| K-12 Services | 783 | — | 2,749 | $ 856 | $3,940 | 8,328 |
| Admissions Services | — | — | 831 | 2,005 | — | 2,836 |
| Total | $21,957 | — | $ 4,312 | $ 2,861 | $3,940 | $ 33,070 |
| **Year Ended December 31, 2002** |  |  |  |  |  |  |
| Revenue |  |  |  |  |  |  |
| Test Preparation Services | $60,946 | $4,256 | $ 1,995 | — | $ 733 | $ 67,930 |
| K-12 Services | 769 | — | 6,773 | $ 1,637 | 887 | 10,066 |
| Admissions Services | — | — | 848 | 8,665 | 1,727 | 11,240 |
| Total | $61,715 | $4,256 | $ 9,616 | $10,302 | $3,347 | $ 89,236 |
| Cost of Revenue |  |  |  |  |  |  |
| Test Preparation Services | $18,891 | — | $ 754 | — | — | $ 19,645 |
| K-12 Services | 659 | — | 1,595 | $ 673 | $ 606 | 3,533 |
| Admissions Services | — | — | 485 | 2,403 | — | 2,888 |
| Total | $19,550 | — | $ 2,834 | $ 3,076 | $ 606 | $ 26,066 |
| **Year Ended December 31, 2001** |  |  |  |  |  |  |
| Revenue |  |  |  |  |  |  |
| Test Preparation Services | $49,853 | $3,262 | $ 1,404 | — | $ 821 | $ 55,340 |
| K-12 Services | — | — | 5,874 | $ 565 | 446 | 6,885 |
| Admissions Services | — | — | 689 | 4,622 | 1,579 | 6,890 |
| Total | $49,853 | $3,262 | $ 7,967 | $ 5,187 | $2,846 | $ 69,115 |
| Cost of Revenue |  |  |  |  |  |  |
| Test Preparation Services | $17,019 | — | $ 589 | — | — | $ 17,608 |
| K-12 Services | — | — | 1,848 | $ 498 | $ 136 | 2,482 |
| Admissions Services | — | — | 144 | 1,007 | 502 | 1,653 |
| Total | $17,019 | — | $ 2,581 | $ 1,505 | $ 638 | $ 21,743 |

*Foreign Currency Translation*

Balance sheet accounts of the Company's Canadian subsidiary are translated using year-end exchange rates. Statement of operations accounts are translated at monthly average exchange rates. The resulting translation adjustment is recorded as a separate component of stockholders' equity. Foreign exchange gains and losses for all the years presented were not significant. The accumulated balance as a component of comprehensive income was approximately $359,000 and $373,000 at December 31, 2003 and 2002, respectively.